EDGAR B. WASHBURN (CA SBN 34038)
*EWashburn@mofo.com*
CHRISTOPHER J. CARR (CA SBN 184076)
*CCarr@mofo.com*
WILLIAM M. SLOAN (CA SBN 203583)
*WSloan@mofo.com*
CORINNE FRATINI (CA SBN 259109)
*CFratini@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

KAREN L. TACHIKI (CA SBN 91539)
  General Counsel
LINUS MASOUREDIS (CA SBN 77322)
  Senior Deputy General Counsel
*LMasouredis@mwdh2o.com*
**THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA**
1121 L Street, Suite 900
Sacramento, California  95814-3974
Telephone: 916.650.2600

Attorneys for Plaintiff
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; UNITED STATES DEPARTMENT OF INTERIOR; KENNETH L. SALAZAR, Secretary of the United States Department of Interior; ROWAN W. GOULD, Acting Director, United States Fish and Wildlife Service, and DOES 1 through 100, <br><br> Defendants. | Case No.   09-CV-00631-OWW-DLB <br><br> **ORDER** <br><br> [Filed Concurrently with Stipulation to Combine Scheduling Conferences] <br><br> Date: June 18, 2009 <br> Time: 8:15 a.m. <br> Courtroom: 3 |
| UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM McDONALD, Acting Commissioner, United States Bureau of Reclamation; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER SNOW, Director of the California Department of Water Resources, <br><br> Real Parties in Interest. | |

[PROPOSED] ORDER

sf-2693114

**<u>ORDER</u>**

In light of the foregoing stipulation of the parties, and good cause appearing therefor, the Court orders that the date for the Scheduling Conference in the above-referenced case is hereby changed to June 18, 2009, at 8:15 a.m.

IT IS SO ORDERED.

Dated:  June 1, 2009         /S/ OLIVER W. WANGER
                             HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT
                             JUDGE, EASTERN DISTRICT OF CALIFORNIA