1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-LJO-DLB |

11

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY, et al. v.
SALAZAR, et al. (Case No. 1:09-cv-407)

12

13

STATE WATER CONTRACTORS v.
SALAZAR, et al. (Case No. 1:09-cv-422)

14

15

COALITION FOR A SUSTAINABLE
DELTA, et al. v. UNITED STATES FISH
AND WILDLIFE SERVICE, et al.
(Case No. 1:09-cv-480)

16

17

METROPOLITAN WATER DISTRICT v.
UNITED STATES FISH & WILDLIFE
SERVICE, et al. (Case No. 1:09-cv-631)

18

19

STEWART & JASPER ORCHARDS,
et al. v. UNITED STATES FISH AND
WILDLIFE SERVICE, et al.
(Case No. 1:09-cv-892)

20

21

22

FAMILY FARM ALLIANCE v.
SALAZAR, et al. (Case No. 09-cv-1201)

23

24
25
26
27
28

CASE NO.   1:09-cv-407-LJO-DLB
                1:09-cv-422-LJO-DLB
                1:09-cv-631-LJO-DLB
                1:09-cv-892-LJO-GSA
PARTIALLY CONSOLIDATED WITH:
                1:09-cv-480-LJO-GSA
                1:09-cv-1201-LJO-DLB


**SECOND JOINT STIPULATION AND
ORDER AMENDING SCHEDULE FOR
TRANSMITTAL OF DRAFT SMELT
BIOLOGICAL OPINION**


Judge:        Honorable Lawrence J. O'Neill

-1-

**RECITALS**

1.      On May 19, 2011, this Court entered its Amended Judgment in these *Delta Smelt Consolidated Cases* requiring the United States Fish and Wildlife Service ("FWS") to "transmit to [the Bureau of] Reclamation by October 1, 2011 a draft delta smelt Biological Opinion consistent with the requirements of law."  (Amended Judgment, Doc. 884 at 3:18-19.)

2.      On September 30, 2011, this Court vacated the October 1, 2011 deadline in the Amended Judgment (Doc. 884) for transmittal of the draft delta smelt Biological Opinion ("draft BiOp").  (Doc. 1061.)   The Court ordered instead that by October 31, 2011 the parties file a written report stating whether the parties have jointly agreed upon a revised completion date for the draft BiOp.  The Court further ordered that failing such agreement, the draft BiOp was to be transmitted by November 11, 2011.

3.      Since the Court's order, a number of the parties have engaged in discussions regarding a restructuring of the consultation process and a new deadline for the draft BiOp, but have not yet reached agreement.  However, these parties would like to continue these discussions, and agree they need more time beyond October 31, 2011 to complete discussions and potentially reach agreement.

Good cause exists for the granting of the below requested schedule change for transmittal of the draft BiOp, and the parties respectfully request that the dates set by this Court be modified as shown below.

**STIPULATION**

Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC, King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), Plaintiff-Intervenor California Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute by and through their respective counsel, hereby stipulate and agree as follows:

1

2

3       1.    The October 31, 2011 and November 11, 2011 deadlines in the Court's previous

4   order (Doc. 1061) should be hereby vacated to allow time for further discussions between now

5   and December 2, 2011.

6       2.    By December 2, 2011, the parties shall file with the Court a written report,

7   preferably a joint report, stating whether the parties have jointly agreed to a remand schedule. .

8       3.    If there is not agreement among all parties, then the draft BiOp shall be transmitted

9   no later than December 14, 2011.

10

11   **SO STIPULATED.**

12

13

14   Dated:  October 31, 2011         H. CRAIG MANSON
                      Westlands Water District

15                         DIEPENBROCK ELKIN, LLP
                      KRONICK, MOSKOVITZ, TIEDEMANN &
                      GIRARD

16                         A Professional Corporation

17

18                         By    */s/ Daniel J. O'Hanlon*
                          DANIEL J. O'HANLON

19                             EILEEN M. DIEPENBROCK
                        Attorneys for Plaintiffs

20                           SAN LUIS & DELTA-MENDOTA WATER
                        AUTHORITY and WESTLANDS WATER

21                         DISTRICT

22

23   Dated:  October 31, 2011         BROWNSTEIN HYATT FARBER SCHRECK LLP

24

25                         By:    */s/ Steve O. Sims*
                          STEVE O. SIMS

26                           MICHELLE C. KALES
                        Attorneys for Plaintiff

27                         WESTLANDS WATER DISTRICT

28

1

2    Dated:  October 31, 2011              BEST BEST & KRIEGER LLP

3

4                                         By:     lsl Steven M. Anderson
                                              GREGORY K. WILKINSON
5                                             STEVEN M. ANDERSON
                                              PAETER E. GARCIA
6                                             MELISSA R. CUSHMAN
                                              Attorneys for Plaintiff
7                                             STATE WATER CONTRACTORS

8    Dated:   October 31, 2011             NOSSAMAN LLP

9

10                                        By:  lsl Paul S. Weiland
                                              ROBERT D. THORNTON
11                                            PAUL S. WEILAND
                                              AUDREY HUANG
12                                            Attorneys for Plaintiffs
                                              COALITION FOR A SUSTAINABLE DELTA
13                                            and KERN COUNTY WATER AGENCY

14

15
     Dated:   October 31, 2011             MORRISON & FOERSTER LLP
16

17
                                          By:    /s/ William M. Sloan
18                                            CHRISTOPHER J. CARR
                                              WILLIAM M. SLOAN
19                                            Attorneys for Plaintiff
                                              THE METROPOLITAN WATER
20                                            DISTRICT OF SOUTHERN CALIFORNIA

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

1   Dated:   October 31, 2011                  PACIFIC LEGAL FOUNDATION

2

3                                             By:   _/s/ Brandon M. Middleton_____
                                                   M. REED HOPPER
4                                                  DAMIEN M. SCHIFF
                                                   BRANDON M. MIDDLETON
5                                                  Attorneys for Plaintiffs
                                                   STEWART & JASPER ORCHARDS;
6                                                  ARROYO FARMS, LLC; and KING
                                                   PISTACHIO GROVE
7

8

9   Dated:   October 31, 2011                  THE BRENDA DAVIS LAW GROUP

10

11                                            By:   _/s/ Brenda W. Davis_____
                                                   BRENDA W. DAVIS
12                                                 LESLIE R. WAGLEY
                                                   Attorneys For Plaintiff
13                                                 FAMILY FARM ALLIANCE

14  Dated:   October 31, 2011                  KAMALA D. HARRIS, ATTORNEY GENERAL
                                               OF THE STATE OF CALIFORNIA
15

16                                            By:   _/s/ Clifford T. Lee_____
                                                   CLIFFORD T. LEE
17                                                 CECILIA L. DENNIS
                                                   MICHAEL M. EDSON
18                                                 ALLISON GOLDSMITH
                                                   Deputies Attorney General
19                                                 Attorneys for Plaintiff-In-Intervention
                                                   CALIFORNIA DEPARTMENT OF WATER
20                                                 RESOURCES

21

22

23

24

25

26

27

28

-5-

1  Dated:   October 31, 2011

IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL

2  United States Department of Justice, Environmental & Natural Resources Division

3  SETH M. BARSKY, CHIEF

4

By:___/s/ S. Jay Govindan_____

5  S. JAY GOVINDAN
Wildlife & Marine Resources Section

6  Attorneys for FEDERAL DEFENDANTS

7

8  Dated:   October 31, 2011

NATURAL RESOURCES DEFENSE COUNCIL

9

By:___/s/ Katherine Poole_____

10  KATHERINE POOLE
DOUG OBEGI

11  Attorneys for Defendant-Intervenor NATURAL

12  RESOURCES DEFENSE COUNCIL

13

14  Dated:   October 31, 2011

EARTH JUSTICE

15

By:___/s/ Trent W._____

16  TRENT W. ORR
GEORGE M. TORGUN

17  Attorneys for Defendant-Intervenors
NATURAL RESOURCES DEFENSE

18  COUNCIL; THE BAY INSTITUTE

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

**ORDER**

Based on the stipulation of the above parties, the Court hereby vacates the previously ordered October 31, 2011 deadline for submission of a written status report, and the alternative November 11, 2011 deadline for transmittal of the draft delta smelt Biological Opinion ("draft BiOp").  By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed upon the three items listed above in the stipulation.  If there is not agreement among all parties on these items, then the draft BiOp shall be transmitted no later than December 14, 2011.

IT IS SO ORDERED.

Dated:   **November 1, 2011**                       **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

SECOND JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP